1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   DANIEL ROWE,                                     CASE NO. 1:05-CV-01378-REC-SMS-P

10                    Plaintiff,                     ORDER DENYING MOTION SEEKING
                                                     LEAVE TO AMEND TO ADD DEFENDANTS
11          v.
                                                     (Doc. 8)
12   CLARICH, et al.,

13                    Defendants.
                                              /
14

15          Plaintiff Daniel Rowe ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16   in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 1, 2005, plaintiff filed a

17   motion seeking leave to amend to add defendants.  In light of the issuance of a Findings and

18   Recommendations recommending dismissal of this action for failure to exhaust prior to filing suit,

19   plaintiff's motion to amend is HEREBY DENIED.

20

21   IT IS SO ORDERED.

22   **Dated:    May 22, 2006**                    _____/s/ Sandra M. Snyder_____
     icido3                                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1