UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROWE,<br><br>            Plaintiff,<br><br>vs.<br><br>CLARICH, et al.,<br><br>            Defendants.<br>_____/ | 1:05-cv-01378-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 10)<br><br>**ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST THE AVAILABLE ADMINISTRATIVE REMEDIES PRIOR TO FILING SUIT** (Docs. 1 and 9) |

    Plaintiff Daniel Rowe ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 23, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objection to the Findings and Recommendations was to be filed within thirty days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1 | In accordance with the provisions of 28 U.S.C. §
2 | 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de
3 | novo</u> review of this case.  Having carefully reviewed the entire
4 | file, the Court finds the Findings and Recommendations to be
5 | supported by the record and by proper analysis.
6 |     Accordingly, IT IS HEREBY ORDERED that:
7 |     1.  The Findings and Recommendations, filed May 23, 2006,
8 | is ADOPTED IN FULL; and,
9 |     2.  This action is DISMISSED, without prejudice, based on
10 | plaintiff's failure to exhaust the available administrative
11 | remedies prior to filing suit.

IT IS SO ORDERED.

**Dated:   July 29, 2006**                       /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE